JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **ANTHONY CARL DIBLASIO,** | ) | NO. CV 15-8900-RGK (KS) |
| **Petitioner,** | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **JEFFREY BEARD,** | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:  March 1, 2017

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE